**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7667**

_____

ALEXANDER OTIS MATTHEWS,

       Plaintiff - Appellant,

      v.

RYAN FAULCONER,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:15-cv-00448-LO-MSN)

_____

Submitted:  April 25, 2017                    Decided:  April 27, 2017

_____

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alexander Otis Matthews, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Mathews appeals the district court's order denying his Rule 59(e) motion for reconsideration of its order reclassifying Matthews' complaint as an attorney misconduct disciplinary complaint and denying his misconduct claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. Faulconer*, No. 1:15-cv-00448-LO-MSN (E.D. Va., filed Nov. 14 & entered Nov. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*